YSIDORA E. CLARKE, Respondent, *v.* ROBERT E. WESTCOTT, as President of the WESTCOTT EXPRESS COMPANY, Appellant.

*Clarke* v. *Westcott*, 2 App. Div. 503, affirmed.
(Argued March 20, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1896, upon an order affirming a judgment of the late Superior Court of the city of New York in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Austen G. Fox* and *E. Luther Hamilton* for appellant.

*Otto Horwitz* for respondent.

Judgment and order affirmed, with costs; no opinion. All concur.

---

JACOB KRATZER, Respondent, *v.* THE VILLAGE OF SARATOGA SPRINGS, Appellant.

*Kratzer* v. *Village of Saratoga Springs*, 8 App. Div. 613, affirmed.
(Argued March 21, 1899; decided April 18, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 20, 1896, reversing a judgment in favor of defendant entered upon a decision of the court dismissing the complaint at a Trial Term, and granting a new trial.

*James F. Swanick* and *A. W. Shepherd* for appellant.

*Charles C. Lester* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion of MERWIN, J., below.
All concur.